IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ROBIN VERNON COLLINS, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-cv-00310-CAR |
| | * | |
| JUDGE ANGELA SAMMONS et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated November 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 2nd day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk